1  **TTim A. Pori (SBN 189270)**
   **John F. Baumgardner (SBN 275674)**
2  LAW OFFICES OF TIM A. PORI
   521 Georgia Street
3  Vallejo, CA  94590
   Telephone: (707) 644-4004
4  Facsimile: (707) 644-7528

5  Attorneys for Defendant MYRON JACOBS

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11
   UNITED STATES OF AMERICA,              Case No. 2:12-CR-00323 MCE
12
                    Plaintiff,
13                                         **STIPULATION REGARDING**
   vs.                                     **EXCLUDABLE TIME PERIODS**
14                                         **UNDER SPEEDY TRIAL ACT;**
   MYRON JACOBS and                        **FINDINGS AND ORDER**
15 STACEY JACOBS,

16                    Defendants.

17 _____/

18

19                        **STIPULATION**

20        Plaintiff United States of America, by and through its counsel of record, and defendants

21 MYRON JACOBS and STACEY JACOBS, by and through their counsels of record, hereby

22 stipulate as follows:

23        1)    By previous order, this matter was set for status on August 29, 2013 at

24 9:00 a.m.

25        2)    By this stipulation, defendants now move to continue the status conference

26 until September 26, 2013 at 9:00 a.m. and to exclude time between August 29, 2013, and

27 September 26, 2013, under Local Code T4.  Plaintiff does not oppose this request.

28 ///

                                1

3)     The parties agree and stipulate, and request that the Court find the following:

a)     The Government has represented that the discovery associated with this case includes, to date, 4,423 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, and to review discovery for this matter.

c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The Government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of August 29, 2013, and September 26, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4)     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


DATED: August 26, 2013

1                                         Respectfully submitted

2                                         LAW OFFICES OF TIM A. PORI

3

4  Date: August 26, 2013             /s/ Tim A. Pori

                                       TIM A. PORI

5                                  Attorney for Defendant MYRON JACOBS

6  Date: August 26, 2013             /s/ David Fischer (Authorized 8/26/2013 )

                                         DAVID FISCHER

7                                  Attorney for Defendant STACEY JACOBS

8  Date: August 26, 2013             /s/ Lee S. Bickley (Authorized 8/26/2013)

                                       LEE S. BICKLEY

9                                  Assistant United States Attorney

10

11                                 **ORDER**

12       IT IS SO FOUND AND ORDERED.  The status conference currently scheduled for

13  August 29, 2013, is hereby vacated and **continued to September 26, 2013 at 9:00 a.m.** in

14  Courtroom 7.  The time period between August 29, 2013, and September 26, 2013, is excluded

15  under Local Code T4 for the reasons stated above.  The Court finds that the ends of justice

16  served by continuing the case as requested outweigh the interest of the public and the defendants

17  in a trial within the original date prescribed by the Speedy Trial Act.

18       IT IS SO ORDERED.

19  Date: August 27, 2013

20

21

22                             MORRISON C. ENGLAND, JR., CHIEF JUDGE

                                  UNITED STATES DISTRICT COURT

23

24

25

26

27

28